**Emray E. Wolf, Appellee, v. W. H. Kapple, Appellant.**
**Gen. No. 45,615.**

Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Fishman & Fishman, and Leo K. Wykell, for appellee; Leo K. Wykell, of counsel. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed May 20, 1952; released for publication July 1, 1952.

